

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

---

*John W. Sippel, Jr.*  *Suite 400*  DIRECT: 410-209-4807
*Assistant United States Attorney*  *36 S. Charles Street*  MAIN: 410-209-4800
*John.Sippel@usdoj.gov*  *Baltimore, MD 21201-3119*  FAX: 410-962-3124

February 1, 2018

<u>**via ECF**</u>

The Honorable Marvin J. Garbis
United States District Judge
United States Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

    Re:   <u>United States v. Kyle Mueller</u>
           Criminal no. MJG-17-0092

Dear Judge Garbis:

    As directed by the Court, the parties submit the following status report:

    Counsel for the parties have discussed a possible resolution of the case and government counsel is in the process of drafting a plea agreement. The government should have the plea agreement to defense counsel within the next two weeks.

    The parties agree that the time necessary to continue the plea negotiation process is an excludable event under the Speedy Trial Act. Counsel for the Government will submit an appropriate motion to toll the Speedy Trial clock.

    Based on these circumstances, the parties respectfully request that they be permitted to provide the Court with an updated status report in 60-days.

                                 Very truly yours,

                                 Stephen M. Schenning
                                 Acting United States Attorney


                                 _____/s/_____
                                 John W. Sippel, Jr.
                                 Assistant United States Attorney

cc:  Elizabeth G. Oyer, AFPD
      Sedira Banan, AFPD